THOMAS J. O'NEILL et al., Copartners under the Firm Name of O'NEILL & SHAY, Respondents, *v.* CHRISTOPHER CAMPBELL, Appellant, Impleaded with Another.

*O'Neill* v. *Campbell*, 118 App. Div. 64, reversed.
(Argued October 16, 1908; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 17, 1907, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to foreclose an attorney's lien.

*William J. Moran* and *Frank Verner Johnson* for appellant.

*Thomas J. O'Neill* and *Joseph A. Shay*, respondents in person.

Judgment reversed and new trial granted, costs to abide event, on dissenting opinion of INGRAHAM, J., below.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

THE COLUMBUS TRUST COMPANY, Respondent, *v.* GEORGE MOSHER, Appellant.

*Columbus Trust Co.* v. *Mosher*, 113 App. Div. 912, affirmed.
(Argued October 16, 1908; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 23, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover on a contract of guaranty.

*Robert H. Barnett* for appellant.

*Walter C. Anthony* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.